UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY S. SALAZAR,

        Plaintiff,                       Case No. 1:06-CV-552

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 6, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation issued on August 6, 2007 (docket no. 12), is **APPROVED AND ADOPTED** as the Opinion of this Court, and the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED**.

This case is **concluded**.


Dated: August 22, 2007                                      /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE